IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS M. BOLICK | : | |
| Plaintiff, | | |
| | | CIVIL ACTION |
| v. | : | NO. 14-320 |
| | | |
| HONORABLE ROBERT B. SACAVAGE and HONORABLE ANNE E. THOMPSON | : | |
| Defendants. | | |

## **ORDER**

AND NOW, this 30th day of September, 2014, upon consideration of Defendant Robert B. Sacavage's Motion to Dismiss Plaintiff's Complaint (Doc. No. 4) and Plaintiff's Opposition thereto (Doc. Nos. 5, 6), it is hereby ORDERED that said Motion is GRANTED and Plaintiff's Complaint is DISMISSED in its entirety and as to all parties with prejudice. It is further ORDERED that for the reasons set forth in this Court's accompanying Memorandum relative to named Defendant Honorable Anne E. Thompson, Plaintiff's Motion for Entry of Default (Doc. No. 8) is DENIED.

BY THE COURT:

/s/ C. Darnell Jones, II     J.